UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THOMAS EARL EVANS, | ) | 1:07-cv-00678-AWI-DLB-HC |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING |
| | ) | IN FORMA PAUPERIS STATUS |
| JAMES TILTON, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **May 16, 2007**              /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE