1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  THOMAS EARL EVANS,                          CV F   07-00678 AWI DLB HC

10                    Petitioner,              ORDER DENYING PETITIONER'S MOTION
                                               FOR STAY AND ABEYANCE AND
11        v.                                   GRANTING FIFTEEN DAYS FROM DATE
                                               OF SERVICE TO FILE OBJECTIONS AND/OR
12                                             REQUEST TO WITHDRAW UNEXHAUSTED
   JAMES TILTON,                               CLAIMS IN LIEU OF DISMISSAL, WITHOUT
13                                             PREJUDICE
                      Respondent.
14  _____/         [Docs. 13, 14]

15
16        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17  pursuant to 28 U.S.C. § 2254.

18        Petitioner filed the instant petition for writ of habeas corpus on May 4, 2007.  Pursuant to

19  this Court's order of May 18, 2007, Respondent filed a motion to dismiss the petition as

20  containing both exhausted and unexhausted claims on July 16, 2007.  (Court Doc. 11.)  Petitioner

    did not file an opposition.
21
          On September 11, 2007, the undersigned issued Findings and Recommendation that
22
    Respondent's motion to dismiss be GRANTED, and be given the opportunity to withdraw the
23
    unexhausted claims in the alternative to dismissal.  (Court Doc. 13.)
24
          Apparently in response to the Findings and Recommendation, Petitioner filed a motion
25
    for stay and abeyance on October 19, 2007.  (Court Doc. 14.)  Respondent filed an opposition on
26
    November 1, 2007.  (Court Doc. 15.)
27
          In Rhines v. Weber, 544 U.S. 269 (2005), the Supreme Court held that a district court has
28

                                              1

discretion to stay a mixed petition to allow a petitioner to present his unexhausted claims to the state court in the first instance and then to return to federal court for review of his perfected petition. However, the Court noted that, while the procedure should be "available only in limited circumstances," it "likely would be an abuse of discretion for a district court to deny a stay and to dismiss a mixed petition if the petitioner had good cause for his failure to exhaust, his unexhausted claims are potentially meritorious, and there is no indication that the petitioner engaged in intentionally dilatory litigation tactics." Rhines, 544 U.S. at 278.

Petitioner has failed to demonstrate good cause for his failure to exhaust the unexhausted claims prior to filing the petition in this Court. The fact that Petitioner failed to file an opposition to Respondent's motion to dismiss and now only after a recommendation has been issued to grant said motion has sought for a stay and abeyance to exhaust state court remedies, lends credence to the fact that Petitioner may be attempting to engage in dilatory litigation tactics and flatly contradicts any claim that he has been diligent in seeking to exhaust state court remedies as to all of his claims. Consequently, Petitioner's motion for stay and abeyance must be denied. In the interest of justice, the Court will grant Petitioner fifteen (15) days from the date of service of this order to file objections and/or request to withdraw the unexhausted claims from the petition.

Accordingly, it is HEREBY ORDERED that:

1.    Petitioner's motion for stay and abeyance is DENIED;

2.    Within fifteen (15) days from the date of service of this order, Petitioner may, if desired, file objections and/or request to withdraw the unexhausted claims as set forth in the Findings and Recommendation of September 11, 2007, in lieu of dismissal, without prejudice.[1]

IT IS SO ORDERED.

Dated:    December 4, 2007                    /s/ Dennis L. Beck
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] Alternatively, as set forth in the Findings and Recommendation, Petitioner may file nothing and the Recommendation will be submitted to the District Judge to grant Respondent's motion to dismiss the instant petition, without prejudice.

2