# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EARL EVANS,<br><br>        Petitioner,<br><br>  v.<br><br>JAMES TILTON,<br><br>        Respondent.<br>_____/ | CV F   07-00678 AWI DLB HC<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT ANSWER TO PETITION FOLLOWING WITHDRAWAL OF UNEXHAUSTED CLAIMS |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On February 4, 2008, the Court granted Petitioner's request to withdraw the unexhausted claims and denied Respondent's motion to dismiss the instant petition as a "mixed" petition containing both exhausted and unexhausted claims. (Court Doc. 18.) Accordingly, pursuant to Rule 4 of the Rules Governing Section 2254 Cases and Rule 16 of the Federal Rules of Civil Procedure, it is HEREBY ORDERED that:

    1.    Respondent is directed to file an answer to the petition within **forty-five (45)** days from the date of service of this order;

    2.    Petitioner may file a traverse within **thirty (30)** days from the date Respondent files his answer; and,

    3.    All other provisions of the Court's May 18, 2007, order to respond remain in full force and effect.

    IT IS SO ORDERED.

    Dated:   **February 6, 2008**              **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE