IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS EARL EVANS,** | CV F 07-0678 AWI DLB (HC) |
| Petitioner, | ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |
| v. | |
| **JAMES TILTON,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including April 22, 2008.

IT IS SO ORDERED.

**Dated:** **March 20, 2008**       /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

1