IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS EARL EVANS,** | 1:07-cv-00678-AWI-DLB (HC) |
| Petitioner, | **ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| v. | |
| **JAMES TILTON,** | |
| Respondent. | |

GOOD CAUSE having been demonstrated, IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including May 6, 2008.

IT IS SO ORDERED.

Dated:   **April 22, 2008**            **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1