1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   THOMAS EARL EVANS,                    1:07-cv-00678-AWI-DLB (HC)

12              Petitioner,                ORDER GRANTING PETITIONER'S
                                           FIRST MOTION FOR EXTENSION OF
13        vs.                              TIME TO FILE RESPONSE TO
                                           RESPONDENT'S OPPOSITION
14   JAMES E. TILTON,
                                           (DOCUMENT #35)
15              Respondent.
                                           THIRTY DAY DEADLINE
16   _____/

17          Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

18   U.S.C. § 2254.  On August 18, 2008, petitioner filed a motion to extend time to respond to

19   respondent's opposition (Document #34).  Good cause having been presented to the court and

20   GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21          Petitioner is granted thirty days from the date of service of this order in which to file a

22   response.

23

24          IT IS SO ORDERED.

25      Dated:   **August 25, 2008**            _____ **/s/ Dennis L. Beck**_____
                                                UNITED STATES MAGISTRATE JUDGE
26

27

28