IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EARL EVANS, | 1:07-cv-00678 AWI-DLB (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| JAMES E. TILTON, | (DOCUMENT #39) |
| Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On November 17, 2008, petitioner filed a motion to extend time to file objections to findings and recommendations.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his objections to findings and recommendations.

IT IS SO ORDERED.

Dated:   **November 21, 2008**          **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE